

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00519-CV

Robert **SAMANIEGO**,
Appellant

v.

Mary **SAMANIEGO**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0784-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed in that appellant Robert Samaniego is indigent.

SIGNED June 25, 2014.

Marialyn Barnard, Justice